**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Amanda D. Thompson  f/k/a Amanda D. Prinkey, f/k/a Amanda D. Smith, a/k/a Amanda D. Boyle<br><br>                        Debtor(s) | CHAPTER<br><br>BKY. NO. 23-20135 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

          Respectfully submitted,

          /s/ **Brian C. Nicholas**
          Brian Nicholas
          13 Feb 2023, 12:43:55, EST

          Brian C. Nicholas, Esq. (317240) ☑
          Denise Carlon, Esq. (317226) ☐
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          412-430-3594
          bkgroup@kmllawgroup.com