IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Amanda D. Thompson, | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 23-20135 JAD |

## AFFIDAVIT OF INCOME

Amanda D. Thompson, Debtor in the within bankruptcy, states that she is employed as a shift manager by Hog Father's Old Fashioned BBQ. From January 1, 2023, through the present, she has earned $831.00. She has no income from any other source.

Proof of Debtor's income is attached.

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
Amanda D. Thompson, Debtor

**PERSONAL AND CHECK INFORMATION**
Amanda Thompson
76 Hickory St
ELSWORTH, PA 15331
Employee ID: 40093743

Home Department: 200 Kitchen / 1 Washington

Pay Period: 01/16/23 to 01/29/23
Check Date: 02/07/23    Check #: 3454

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 644.77 | 831.28 |
| NET PAY | 644.77 | 831.28 |

**EARNINGS**

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| Hourly | | 50.7200 | 15.0000 | 760.80 | 65.0000 | 975.00 |
| Total Hours | | 50.7200 | | | 65.0000 | |
| Gross Earnings | | | | 760.80 | | 975.00 |
| Total Hrs Worked | | 50.7200 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 47.17 | 60.45 |
| Medicare | | 11.03 | 14.14 |
| Fed Income Tax | SMS | 22.81 | 22.81 |
| PA Income Tax | | 23.36 | 29.94 |
| PA Unemploy | | 0.53 | 0.68 |
| PA LWAWA-Was | | 2.00 | 4.00 |
| PA WASCY-Was | | 9.13 | 11.70 |
| TOTAL | | 116.03 | 143.72 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 644.77 | 831.28 |

Payrolls by Paychex, Inc.

0046 1408-9727  Hog Fathers Old Fashioned BBQ • 5329 Brownsville Rd • Pittsburgh PA 15236-113 • (412) 653-6102

**PERSONAL AND CHECK INFORMATION**
Amanda Thompson
76 Hickory St
ELSWORTH, PA 15331
See Self-Service Website    Employee ID: 40093743

Home Department: 200 Kitchen / 1 Washington

Pay Period: 01/02/23 to 01/15/23
Check Date: 01/24/23   Check #: 3419

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 186.51 | 186.51 |
| **NET PAY** | **186.51** | **186.51** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| Hourly | Total Hours | 14.2800 | 15.0000 | 214.20 | 14.2800 | 214.20 |
|  | Gross Earnings |  |  | 214.20 | 14.2800 | 214.20 |
|  | Total Hrs Worked | 14.2800 |  |  |  |  |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security |  | 13.28 | 13.28 |
| Medicare |  | 3.11 | 3.11 |
| PA Income Tax |  | 6.58 | 6.58 |
| PA Unemploy |  | 0.15 | 0.15 |
| PA LWAWA-Was |  | 2.00 | 2.00 |
| PA WASCY-Was |  | 2.57 | 2.57 |
| **TOTAL** |  | **27.69** | **27.69** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | 186.51 | 186.51 |

**PERSONAL AND CHECK INFORMATION**

Amanda Thompson
76 Hickory St
ELSWORTH, PA 15331
See Coding      Employee ID: 40093743

Home Department: 200 Kitchen / 1 Washington

Pay Period: 11/21/22 to 12/04/22
Check Date: 12/13/22   Check #: 3310

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 186.14 | 960.27 |
| NET PAY | 186.14 | 960.27 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| Hourly | | 14.2500 | 15.0000 | 213.75 | 74.1600 | 1112.40 |
| | Total Hours | 14.2500 | | | 74.1600 | |
| | Gross Earnings | | | 213.75 | | 1112.40 |
| | Total Hrs Worked | 14.2500 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 13.25 | 68.97 |
| Medicare | | 3.10 | 16.13 |
| Fed Income Tax | SMS | 6.56 | 12.86 |
| PA Income Tax | | 6.56 | 34.15 |
| PA Unemploy | | 0.13 | 0.67 |
| PA LWAWA-Was | | 2.00 | 6.00 |
| PA WASCY-Was | | 2.57 | 13.35 |
| TOTAL | | 27.61 | 152.13 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 186.14 | 960.27 |

Payrolls by Paychex, Inc.
0046 1408-9727  Hog Fathers Old Fashioned BBQ • 5329 Brownsville Rd • Pittsburgh PA 15236-113 • (412) 653-6102

**PERSONAL AND CHECK INFORMATION**

Amanda Thompson
76 Hickory St
ELSWORTH, PA 15331
Soc Sec #: xxx-xx-xxxx   Employee ID: 40093743

Home Department: 200 Kitchen / 1 Washington

Pay Period: 11/07/22 to 11/20/22
Check Date: 11/29/22   Check #: 3270

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 536.75 | 774.13 |
| **NET PAY** | **536.75** | **774.13** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| Hourly | Total Hours | 41.78 | 15.0000 | 626.70 | 59.91 | 898.65 |
|  | Gross Earnings |  |  | 626.70 | 59.91 | 898.65 |
|  | Total Hrs Worked | 41.78 |  |  |  |  |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security |  | 38.86 | 55.72 |
| Medicare |  | 9.09 | 13.03 |
| Fed Income Tax | SMS | 12.86 | 12.86 |
| PA Income Tax |  | 19.24 | 27.59 |
| PA Unemploy |  | 0.38 | 0.54 |
| PA LWAWA-Was |  | 2.00 | 4.00 |
| PA WASCY-Was |  | 7.52 | 10.78 |
| **TOTAL** |  | **89.95** | **124.52** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | 536.75 | 774.13 |

0046 1408-9727   Hog Fathers Old Fashioned BBQ • 5329 Brownsville Rd • Pittsburgh PA 15236-113 • (412) 653-6102

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**

Amanda Thompson
76 Hickory St
ELSWORTH, PA 15331

Employee ID: 40093743

Home Department: 200 Kitchen / 1 Washington

Pay Period: 10/24/22 to 11/06/22
Check Date: 11/15/22   Check #: 3229

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 237.38 | 237.38 |
| NET PAY | 237.38 | 237.38 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD ($) | YTD HOURS |
|---|---|---|---|---|---|---|
| Hourly | | 18.13 | 15.0000 | 271.95 | 271.95 | 18.13 |
| | Total Hours | 18.13 | | | | 18.13 |
| | Gross Earnings | | | 271.95 | 271.95 | |
| | Total Hrs Worked | 18.13 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 16.86 | 16.86 |
| Medicare | | 3.94 | 3.94 |
| PA Income Tax | | 8.35 | 8.35 |
| PA Unemploy | | 0.16 | 0.16 |
| PA LWAWA-Was | | 2.00 | 2.00 |
| PA WASCY-Was | | 3.26 | 3.26 |
| TOTAL | | 34.57 | 34.57 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 237.38 | 237.38 |

Payrolls by Paychex, Inc.

0046 1408-9727  Hog Fathers Old Fashioned BBQ • 5329 Brownsville Rd • Pittsburgh PA 15236-113 • (412) 653-6102