**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>AMANDA D. THOMPSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:23-20135 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/24/2023 and confirmed on 03/23/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,040.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,035.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 271.03 | |
|   Trustee Fee | 50.96 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 321.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 713.01 | 0.00 | 713.01 |
|     Acct: 6668 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 22,394.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 6668 | | | | |
| | | | | 713.01 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMANDA D. THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMANDA D. THOMPSON | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 4,500.00 | 271.03 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | *** N O N E *** | | |
| **Unsecured** | | | | |
|   AARONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0542 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 828.02 | 0.00 | 0.00 | 0.00 |
| Acct: 2001 | | | | |
| BRYANT STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8163 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7718 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3635 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2548 | | | | |
| LVNV FUNDING LLC | 70.46 | 0.00 | 0.00 | 0.00 |
| Acct: 2301 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9316 | | | | |
| CW NEXUS CREDIT CARD HOLDINGS I LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7358 | | | | |
| FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4070 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1078 | | | | |
| FIRST SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4830 | | | | |
| FIRST SAVINGS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2931 | | | | |
| HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9221 | | | | |
| HYUNDAI MOTOR FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3544 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,202.97 | 0.00 | 0.00 | 0.00 |
| Acct: 1376 | | | | |
| PIGEON CREEK SANITARY AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7500 | | | | |
| EASY PAY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP BY AMERICAN INFOSOURC | 1,336.51 | 0.00 | 0.00 | 0.00 |
| Acct: 6242 | | | | |
| WASHINGTON COUNTY** CLERK OF COU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASHINGTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 7,847.10 | 0.00 | 0.00 | 0.00 |
| Acct: 1431 | | | | |
| RECOVERY EXCHANGE LLC | 133.32 | 0.00 | 0.00 | 0.00 |
| Acct: 8014 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS          713.01

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 22,394.14 |
| UNSECURED | 11.418.38 |

Date: 11/03/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com